No. 551.  HUGHES *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.  *Samuel H. Crossland* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 552.  GRIGSBY ET AL. *v.* MITCHUM, MAYOR, ET AL. Supreme Court of Kansas.  Certiorari denied.  *Peyton Ford* for petitioners.  *William M. Ferguson,* Attorney General of Kansas, and *James B. Flack* for respondents.

No. 555.  GENERAL INSTRUMENT CORP. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 4th Cir.  Certiorari denied.  *Murray Gartner, Jesse Freidin* and *Herbert Prashker* for petitioner.  *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 556.  UNITED MINE WORKERS OF AMERICA *v.* WHITE OAK COAL CO., INC.  C. A. 6th Cir.  Certiorari denied.  *E. H. Rayson, R. R. Kramer* and *Willard P. Owens* for petitioner.  *Robert S. Young, Jr.* and *Howard H. Baker, Jr.* for respondent.

No. 557.  BERKERY *v.* PENNSYLVANIA.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied. Petitioner *pro se.*  *Louis F. McCabe* and *Arlen Specter* for respondent.

No. 563.  UNITED STATES *v.* BETHLEHEM STEEL CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Cox, Assistant Attorney General Douglas, Stephen J. Pollak* and *Alan S. Rosenthal* for the United States. *M. Bayard Crutcher* for respondents.